UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
INSURANCE COMPANY OF THE    :
STATE OF PENNSYLVANIA,
                                                                :
                            Plaintiff,                      ORDER
                                                                :
        -against-                                      23 Civ. 416 (ALC) (GWG)
                                                                :
FREEMAN DECORATING
COMPANY, et al.,                                    :

                            Defendants.             :
-------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

　　The parties previously failed to timely comply with the Court's Order requiring submissions before a court-ordered conference under Fed. R. Civ. P. 16 (see Docket # 10).  Now the parties have not filed any summary judgment motion by the date they requested and that the Court so-ordered (Docket # 12).  It appears that the only remaining step in this case is a trial. The parties shall file the pretrial order materials required by section 4 of Judge Carter's Individual Practices on or before June 14, 2023.

　　If any party in the future seeks an extension of the deadlines ordered in Docket # 12, the Court will consider such an application only if made as a formal motion compliant with Local Civil Rule 7.1(a) that, in addition to a memorandum of law, includes a sworn statement specifying all efforts that were made to comply with Docket # 12.

　　SO ORDERED.

Dated:　May 31, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　GABRIEL W. GORENSTEIN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge