UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**THE INSURANCE COMPANY OF THE STATE OF PENNSLYVANIA,**

Plaintiff,

-against-

**FREEMAN DECORATING COMPANY ET AL.,**

Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/13/2023

**23-cv-00416 (ALC)**

<u>**ORDER**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Plaintiff's pre-motion conference letter related to its anticipated motion for summary judgment. ECF No. 20. Plaintiff's request for a pre-motion conference is **DENIED**. Plaintiff is hereby **GRANTED** leave to file a motion for summary judgement. The parties are directed to adhere to the following briefing schedule:

    **Opening Brief:**    **July 13, 2023**

    **Opposition:**    **August 14, 2023**

    **Reply:**    **August 28, 2023**

If the parties wish to propose an alternative briefing schedule, they may do so by filing a Joint Letter on or before **June 16, 2023**.

**SO ORDERED.**

Dated:    June 13, 2023
             New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**