```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/27/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,**

          **Plaintiff,**

-against-

**FREEMAN DECORATING COMPANY,** *et al.*,

          **Defendants.**

**23-CV-00416 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Plaintiff's Reply brief in support of their motion for summary judgment in which Plaintiff raises novel arguments regarding judicial and collateral estoppel for the first time. *See* ECF No. 37 at 2-3. In consideration of this, the Court *sua sponte* **GRANTS** Defendants leave to file a sur-reply of no greater than 5 pages responding to Plaintiff's arguments regarding estoppel by March 5, 2024 if they so wish.

**SO ORDERED.**

Dated:    **February 27, 2024**
           **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**