# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

THE INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA,

                Plaintiff,                23 **CIVIL** 0416 (ALC)

     -against-                          **JUDGMENT**

FREEMAN DECORATING COMPANY, et al.,

                Defendants.

---------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 12, 2024, Defendants' motion for summary judgment is GRANTED.

**Dated:** New York, New York
          March 13, 2024

                                                            **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                  **BY:**
                                                             **Deputy Clerk**