UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,

                             Plaintiff,

    -against-

FREEMAN DECORATING COMPANY, *et al.*,

                            Defendant.
------------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/14/2024

23-CV-00416 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

On March 12, 2024, the Court issued an opinion and order granting "Defendants' motion for summary judgment." ECF No. 40. On March 13, 2024, Plaintiff informed the Court that this operative language misstated the Court's holding. ECF No. 42. As such, the opinion and order issued on March 12, 2024 is hereby **VACATED**. A corrected opinion and order is forthcoming.

SO ORDERED.

Dated:      March 14, 2024
              New York, New York

                                            _____
                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**