# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

THE INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA,

                  Plaintiff,                23 **CIVIL** 0416 (ALC)

      -against-                **AMENDED JUDGMENT**

FREEMAN DECORATING COMPANY, et al.,

                  Defendants.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Opinion and Order dated March 14, 2024, Plaintiff's motion for summary judgment is GRANTED.

**Dated:**  New York, New York
          March 18, 2024

                                                  **RUBY J. KRAJICK**
                                                       **Clerk of Court**

                       **BY:**
                                                     **Deputy Clerk**