USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/27/2024

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>FREEMAN DECORATING COMPANY, et al.,<br><br>　　　　　　　　　　　　Defendants. | CIVIL ACTION NO.: 1:23-cv-00416-ALC<br><br>**ORDER** |

Upon consideration of the motion filed by Plaintiff The Insurance Company of the State of Pennsylvania ("ICSOP") for summary judgment under Rule 56 of the Federal Rules of Civil Procedure; and upon the declaration of ICSOP's counsel Jeffrey A. Beer Jr., Esq., and exhibits attached thereto, and upon all prior papers and proceedings filed herein, and for good cause shown, it is hereby:

**ORDERED** that Defendants Freeman Decorating Company and Freeman Decorating Services, Inc. (collectively, "Freeman") must pay to ICSOP the sum of $1,971,075.61, together with post-judgment interest thereon at a rate of 5.01% per annum pursuant to 28 U.S.C. 1961(a), which amount of post-judgment interest is $270.55 per day accruing from March 18, 2024; and it is further

**ORDERED** that Freeman shall, within 10 days of this Order, make payment to ICSOP of $1,971,075.61 plus post-judgment interest of $270.55 per day from March 18, 2024 to the date payment is sent to ICSOP; and it is further

**ORDERED** that the Court retains jurisdiction over any matter pertaining to this Judgment.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**SO ORDERED**

Dated: September 27, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Andrew L. Carter_
　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Andrew L. Carter, U.S.D.J.