UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
THE INSURANCE COMPANY OF THE STATE OF :
PENNSYLVANIA,
                                                                  :
                                                                  :
                                        Plaintiff,        :        23-CV-00416 (ALC)
                                                                  :
                -against-                                  :        ORDER
                                                                  :
FREEMAN DECORATING COMPANY, *et al.*,          :
                                                                  :
                                        Defendants.        :
------------------------------------------------------------------ x

ANDREW L. CARTER, JR., District Judge:

In order for the Miscellaneous Case Operations Clerk to enter Plaintiff's proposed

satisfaction of judgment, the Court's March 14, 2024 Amended Judgment (ECF No. 44) must be

further amended to include the monetary amounts . Plaintiff is directed to submit a proposed

Amended Judgment listing the monetary amounts owed by Defendants Freeman Decorating

Company and Freeman Decorating Service, Inc.

SO ORDERED.

Dated:          May 2, 2025
                New York, New York

                                        _____
                                        ANDREW L. CARTER, JR.
                                        United States District Judge